## Baker v. The State.

APPEAL from the City Court of Montgomery.

Tried before the Hon. WILLIAM H. THOMAS.

B. H. POWELL, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted, tried and con-
victed for an assault with intent to ravish a woman.
The judgment of conviction is affirmed.

Opinion by HARALSON, J.